## H. C. Peters v. The District Court of Jefferson County, Iowa.

**Sale of Liquor:** IGNORANCE OF INTOXICATING CHARACTER: *No defense.* The fact that the seller of liquor did not know that the same was intoxicating, and relied upon the representations of the manufacturers that it was not, is no defense to a prosecution for selling the same, since he is bound to know its character.

Hon. Robert Sloan, Judge.

Thursday, May 23, 1901.

This is a proceeding by certiorari to review the action of said district court in adjudging the plaintiff guilty of contempt.—*Dismissed.*

*Coykendall & Huglin* for petitioner.

*Milton Remley, A. G. Jordan,* and *Raney & Simmons* for defendants.

Given, C. J.—Plaintiff was enjoined, under the statute, from keeping for sale or selling intoxicating liquors. Thereafter his premises were searched under a warrant, and certain liquors and beer bottles found thereon, and thereupon he was charged with violating said injunction, and on conviction was fined $200. We think the plaintiff fully overcame the presumption arising from the presence of liquors and beer bottles found on his premises, but on the hearing it was proven, and not disputed, that after said permanent injunction had been granted he sold at retail as a beverage, a large quantity of an article called "Hop tonic," which it is shown contained 3.46 per cent., by weight, of alcohol, or about 4 per cent. by volume. Plaintiff's contention is that he did not know that this liquor was intoxicating, and that he relied on the repre-

sentation of the manufacturers that it was not. We have the opinion of several witnesses who drank of the liquor that it was not intoxicating, and of a physician that a liquor containing 3.46 per cent. of alcohol is intoxicating. See notes to section 2382, Code. The court was warranted in finding that the Hop Tonic sold by the plaintiff was an intoxicating liquor. In the decree the court "finds the defendant guilty as charged, and holds, as a matter of law, that the fact that the defendant [plaintiff] was not aware of the fact that the Hop Tonic contained intoxicating liquor is no defense, but holds, as a matter of law, that he was bound to know its character, and whether or not it did contain it." That such is the law, see *State v. Lindoen*, 87 Iowa, 702. There was no error in the proceeding for contempt, and therefore plaintiff's petition is DISMISSED.